## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o KENT AND KIMBERLY ROUSE<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.<br><br>Defendant. | Civil No. 1:12-cv-02386<br>District Judge Frederick J. Kapala<br>Magistrate Judge P. Michael Mahoney |

### DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Electrolux Home Products, Inc., by and through its undersigned counsel and pursuant to FED. R. CIV. P. 26(c), hereby submits this Motion for Entry of Protective Order. In support thereof, Electrolux incorporates by reference the accompanying Memorandum in Support of its Motion for Entry of Protective Order. For all of the reasons stated in the Memorandum, Electrolux respectfully requests that the Court enter the protective order attached to the Memorandum as Exhibit A, which is simply the Northern District of Illinois' Model Confidentiality Order, with one small modification that has already been approved in another dryer-fire case in this District to which Electrolux is a party.

Dated: December 20, 2012      Respectfully Submitted,

                                            ELECTROLUX HOME PRODUCTS, INC.

                                            /s/ Matthew J. Kramer

- 2 -

    Michael J. Summerhill (ARDC No. 6274260)
    Matthew J. Kramer (ARDC No. 6283296)
    Salvador A. Carranza (ARDC No. 6292519)
    FREEBORN & PETERS LLP
    311 S. Wacker Dr., Suite 3000
    Chicago, Illinois  60606
    Tel: (312) 360-6382
    Fax: (312) 360-6594
    msummerhill@freebornpeters.com
    mkramer@freebornpeters.com

    *Counsel for Defendant Electrolux Home Products, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 20, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record via the Court's CM/ECF system.

Robert J. Spinazzola
Maisel & Associates
161 North Clark Street
Suite 800
Chicago, Illinois 60601
rspinazz@travelers.com

/s/ Matthew J. Kramer