# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o KENT AND KIMBERLY ROUSE<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.<br><br>Defendant. | Civil No. 1:12-cv-02386<br>District Judge Frederick J. Kapala<br>Magistrate Judge P. Michael Mahoney<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its undersigned counsel and pursuant to FED. R. CIV. P. 37, hereby submits this Motion to Compel Discovery, and, in support thereof, Electrolux refers to and incorporates the accompanying Combined Memorandum in Support of Motion to Compel and Response to Motion to Quash (the "Memorandum"). For the reasons stated in the Memorandum, the Court should order Plaintiff The Travelers Property Casualty Insurance Company a/s/o Kent and Kimberly Rouse to prepare and produce a witness to testify as to the topics set forth in Electrolux's modified Notice of Deposition pursuant to FED. R. CIV. 30(b)(6), as well as award Electrolux the fees that it incurred in bringing this Motion.

Dated: January 28, 2013        Respectfully Submitted,

                                        ELECTROLUX HOME PRODUCTS, INC.

                                        /s/ Matthew J. Kramer

- 2 -

>Michael J. Summerhill (ARDC No. 6274260)
>Matthew J. Kramer (ARDC No. 6283296)
>Salvador A. Carranza (ARDC No. 6292519)
>FREEBORN & PETERS LLP
>311 S. Wacker Dr., Suite 3000
>Chicago, Illinois 60606
>Tel: (312) 360-6382
>Fax: (312) 360-6594
>msummerhill@freebornpeters.com
>mkramer@freebornpeters.com
>
>*Counsel for Defendant Electrolux Home Products, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that, on January 28, 2013, he caused a copy of the foregoing pleading to be served upon the following counsel of record via the Court's CM/ECF system.

Robert J. Spinazzola
Maisel & Associates
161 North Clark Street
Suite 800
Chicago, Illinois 60601
rspinazz@travelers.com

                                                                              /s/ Matthew J. Kramer